**SAO**
Ryan M. Anderson (NV Bar No. 11040)
Jacqueline Bretell (NV Bar No. 12335)
**MORRIS // ANDERSON**
716 S. Jones Blvd
Las Vegas, Nevada 89107
Phone:  (702) 333-1111
Fax:  (702) 507-0092
ryan@morrisandersonlaw.com
jacquie@morrisandersonlaw.com
Michael J. Rusing (AZ Bar 6617) (*Pending Pro Hac Vice Admission*)
P. Andrew Sterling (AZ Bar 30471) (*Pending Pro Hac Vice Admission*)
**RUSING LOPEZ & LIZARDI, PLLC**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Phone: (520) 792-4800
Fax: (520) 529-4262
rusinglopez@rllaz.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL CAMPBELL, SHANA RAGIN, ASHLEIGH PARK, and JANE DOE DANCER, I through V, individually, and on behalf of Class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN MARTIN DR - LAS VEGAS, LLC, a Nevada Limited Liability Company (d/b/a LARRY FLYNT'S HUSTLER CLUB, a business organization form unknown), LAS VEGAS BISTRO, LLC, a Nevada Limited Liability Company, MODERN BOOKKEEPING, INC, a Michigan Corporation, DOE CLUB OWNER, I-X, DOE EMPLOYER, I-X, ROE CLUB OWNER, I-X, and ROE EMPLOYER, I-X,<br><br>Defendants. | CASE NO.: 2:15-cv-00452-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** (**First Request**) |

1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs by and through attorneys MORRIS ANDERSON and RUSING LOPEZ & LIZARDI, PLLC, and Defendants by and through attorneys, JACKSON LEWIS, P.C., that Plaintiffs will be granted additional time to respond to Defendants' Motion to Compel Arbitration and Dismiss or, Alternatively Stay the Action Pending Arbitration (Doc. 7 and Doc. 8).

This extension is not sought for an improper purpose or to otherwise needlessly delay these proceedings. As such, the following deadlines are applicable:

1. Plaintiffs' will have fourteen (14) calendar days from the date of the Court's decision regarding jurisdiction under 28 U.S.C. sec. 1331(d)(4). (Doc. 5)

2. Thereafter, Defendants' will have fourteen (14) calendar days to file their reply to Plaintiffs' Opposition stated above.

DATED this __1st__ day of April, 2015.

__/s/ Ryan M. Anderson_____
Ryan M. Anderson (NV Bar No. 11040)
Jacqueline Bretell (NV Bar No. 12335)
**MORRIS // ANDERSON**
716 S. Jones Blvd
Las Vegas, Nevada 89107
Michael J. Rusing (AZ Bar 6617)
P. Andrew Sterling (AZ Bar 30471)
**RUSING LOPEZ & LIZARDI, PLLC**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this __1st__ day of April, 2015.

_____/s/ Steven C. Anderson_____
Elayan J. Youchah (NV Bar No. 5837)
Steven C. Anderson (NV Bar No. 11901)
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/15/2015**

**Campbell, et al. v. Dean Martin DR.-Las Vegas, LLC**
**Case No.: 2:15-cv-00452-GMN-NJK**

Submitted by:

  /s/ Ryan M. Anderson
Ryan M. Anderson (NV Bar No. 11040)
Jacqueline Bretell (NV Bar No. 12335)
**MORRIS // ANDERSON**
716 S. Jones Blvd
Las Vegas, Nevada 89107
Michael J. Rusing (AZ Bar 6617)
P. Andrew Sterling (AZ Bar 30471)
**RUSING LOPEZ & LIZARDI, PLLC**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
*Attorneys for Plaintiffs*